R. J. OWENS, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

ON REHEARING.

PER CURIAM—It clearly appears expressly or by necessary implication that the defendant whether for himself or as the agent of a corporation lending money in this State, did by contract, directly or indirectly, by way of fees or otherwise wilfully and knowingly charge the borrower of money a sum of money greater than the sum loaned and twenty-five per centum per annum thereon. This authorized a conviction under the statute.

A rehearing is denied.